UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERALD WASHINGTON | : CASE NUMBER: |
| vs. | : 3:02CV1162 (SRU) |
| THE VILLAGE FOR FAMILIES & CHILDREN, INC., ET AL. | : DECEMBER 23, 2003 |

### PLAINTIFF'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

The plaintiff, **GERALD WASHINGTON**, by and through his undersigned counsel, moves this Court to modify the Court's Scheduling Order dated September 5, 2003 as follows:

All discovery must be completed, not propounded, by January 31, 2004.

Defense counsel has no objection to the granting of the instant motion.

PLAINTIFF
GERALD WASHINGTON

By /s/
George C. Springer, Jr., Esq.
BUTLER NORRIS & GOLD
254 Prospect Avenue
Hartford, CT 06106
Tel. No. (860) 236-6951
Fed.Bar. No. ct03263

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, via first-class mail on this 23RD day of DECEMBER, 2003 to:

Attorney Erin O'Brien Choquette
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT  06103-3597

_____
George C. Springer, Jr., Esq.