FILED

2004 FEB 17 P 1: 02

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GERALD WASHINGTON** | : | **CASE NUMBER:** |
| vs. | : | 3:02CV1162 (SRU) |
| **THE VILLAGE FOR FAMILIES & CHILDREN, INC., ET AL.** | : | **FEBRUARY 5, 2004** |

## STIPULATION FO DISMISSAL

Pursuant to the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, hereby stipulate to a dismissal of the above-mentioned matter with prejudice and without costs to either party.

PLAINTIFF,
GERALD WASHINGTON

By_____
George C. Springer, Jr., Esq.
BUTLER NORRIS & GOLD
254 Prospect Avenue
Hartford, CT 06106
Tel. No. (860) 236-6951
Fed.Bar. No. ct03263
Dated: 2/5/04

1

VILLAGE FOR FAMILIES & CHILDREN
WILLIAM BAKER and HOWARD GARVEL

By *[signature]*
    Attorney Erin O'Brien Choquette
    Robinson & Cole, LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Tel. No. (860) 275-8291
    Fed Bar. No. ct18585
    Dated: 2/13/04