FILED

2004 FEB 17 P 1:02

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERALD WASHINGTON | : CASE NUMBER: |
| vs. | : 3:02CV1162 (SRU) |
| THE VILLAGE FOR FAMILIES & CHILDREN, INC., ET AL. | : FEBRUARY 5, 2004 |

### STIPULATION FO DISMISSAL

Pursuant to the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, hereby stipulate to a dismissal of the above-mentioned matter with prejudice and without costs to either party.

PLAINTIFF,
GERALD WASHINGTON

By _____
George C. Springer, Jr., Esq.
BUTLER NORRIS & GOLD
254 Prospect Avenue
Hartford, CT 06106
Tel. No. (860) 236-6951
Fed. Bar. No. ct03263
Dated: 2/5/04

APPROVED. The case is hereby dismissed with prejudice and without costs, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file. So ordered.

Stefan R. Underhill
United States District Judge
02/24/04

1